# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 29, 2015 |
| Court Reporter: Janet Coppock | Time: 52 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  14-CR-00169-PAB-1**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Timothy Neff |
| Plaintiff, | |
| vs. | |
| **1. JOHN BOWEN,** | Lisa Wayne |
| Defendant. | |

## CHANGE OF PLEA

**11:14 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Court addresses the defendant's hearing impairment and the arrangements that have been made to assure his understanding of these proceedings.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

Page Two
14-CR-00169-PAB-1
January 29, 2015

Defendant sworn and answers true name;  Defendant is **67** years old.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Defendant's right to trial to jury and other constitutional rights explained.

Discussion regarding defendant's waiver of certain appellate rights.

Defendant pleads **GUILTY** to counts **One, Three and Twenty-Two of the Indictment.**

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty.  The Court finds that the defendant's plea is not the result of mistake, misunderstanding, fear coercion or undue influence.

The Court finds the defendant's plea is not a result of any promises or representation made to him by anyone including his own attorney except as to those matters disclosed in open court and included in the parties' plea.

The Court finds the defendant understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment, the maximum fine, special assessment fee and terms of supervised release that the Court may impose under the terms of his plea agreement.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by a competent and effective counsel with whom he has no objection, criticism or complaint.

**ORDERED:**  Defendant's plea of **GUILTY** is **ACCEPTED** the defendant is adjudged guilty of the offense(s) he has pled to.

**ORDERED:** Court Exhibits One and Two are **ADMITTED, with interlineation.**

**ORDERED:**  The Court defers approval of the plea agreement pending preparation of the presentence report.

**ORDERED:**  Any pending pretrial motions are deemed **MOOT**.

**ORDERED:**  Sentencing is set for **May 8, 2015 at 10:00 a.m.**

Page Three
14-CR-00169-PAB-1
January 29, 2015

Defendant advised to cooperate with the probation officer in preparation of the presentence report.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**12:06 pm.   COURT IN RECESS**

**Total in court time:      52 minutes**

**Hearing concluded**