IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00169-PAB-1

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

1.　　　JOHN BOWEN,

　　　　　Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND SUBSTITUTE ASSETS AGAINST DEFENDANT JOHN BOWEN
_____

　　　　　This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant John Bowen pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure [Docket No. 578]. The Court, having read said Motion and being fully advised in the premises, finds:

　　　　　1. On May 5, 2014, the grand jury charged defendant John Bowen in Counts 1, 3, 4, and 7 through 29 with violations of 18 U.S.C. § 371, 21 U.S.C. § 841 (a)(1) and (b)(1)(C), 18 U.S.C. § 957, and 18 U.S.C. § 1956(h), respectively. The Indictment seeks forfeiture in the form of a personal money judgment against defendant John Bowen pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853 in the amount of $1,800,000.00 [Docket No. 1]. The United States Amended First Bill of Particulars for Forfeiture of Property [Docket No. 115] further identified the following property as subject to forfeiture:

     a.    <u>Address</u>: 109 Pierce Avenue, Cape Canaveral, Florida 32920

<u>Legal</u>: Lot 4, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

<u>Parcel ID:</u>   24-37-23-CG-00061.0-0004.00

RECORD OWNER of the above-described real property is Bowen and Bernier Investments, LLC a Florida Limited Liability Company by virtue of that certain **GENERAL WARRANTY DEED, recorded in the public records of Brevard County, Florida, on August 6, 2012, Official Record Book 6660, Page 2869**.

     b.    <u>Address</u>: 115 and 117 Pierce Avenue, Cape Canaveral, Florida 32920

<u>Legal</u>: Lot 6, Block 61, Avon By the Sea, according to the Plat thereof, as recorded in Plat Book 3, Page 7, of the Public Records of Brevard County, Florida.

<u>Parcel ID</u>: 24-37-23-CG-00061.0-0006.00

RECORD OWNER of the above-described real property is Bowen and Bernier Investments, LLC a Florida Limited Liability Company by virtue of that certain **GENERAL WARRANTY DEED, recorded in the public records of Brevard County, Florida, on July 5, 2012, Official Record Book 6636, Page 2761.**

2.  On December 15, 2014, the United States and defendant John Bowen entered into a Plea Agreement [Docket No. 468].  The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Counts 1, 3, and 22 and further to forfeit any and all proceeds defendant obtained as a result of the counts of conviction, including a forfeiture money judgment in the amount of $1,800,000 and, as substitute assets, the above-described real property.

Wherefore, it is

**ORDERED** that $1,800,000.00 is subject to forfeiture as proceeds obtained through commission of the offenses in Counts 1, 3, and 22, directly or indirectly, to which defendant Bowen has pled guilty.  It is further

**ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant John Bowen in the amount of $1,800,000.00, to be held jointly and severally liable with any forfeiture money judgment entered against co-defendant Daniel Bernier, is entered in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to defendant John Bowen at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), 18 U.S.C. § 982(b), and Rule 32.2(e)(1)(B), defendant John Bowen's interest in the substitute assets identified above is hereby forfeited to the United States for disposition according to law.  It is further

**ORDERED** that, pursuant to  21 U.S.C. § 853(g), the United States is directed to seize the properties subject to forfeiture and to enter those real properties for the purpose of determining the physical condition of the real properties and begin the process of stabilizing and/or repairing those properties, and further to make return as provided by law.  It is further

**ORDERED** that the United States shall further take possession of any funds held by the former property manager, collect any rents due, pay any necessary debts and

otherwise manage the properties to the extent necessary so as to maximize the value

upon forfeiture.  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to

Fed. R. Crim. P. 32.2(e)(1).


DATED April 21, 2015.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge