# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 21, 2015 |
| Court Reporter: Janet Coppock | Time: 2 hours and 33 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-1**

<u>Parties</u>                                           <u>Counsel</u>

**UNITED STATES OF AMERICA,**            Jaime Pena
                                                        Tonya Andrews
                                                        Special Agent Michael Marshall

       Plaintiff,

vs.

**1.  JOHN BOWEN,**                              Lisa Wayne
                                                        Gwen Sandrock


       Defendant.

## SENTENCING

**1:35 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence report.

Page Two
14-CR-00169-PAB-1
August 21, 2015

Argument by Ms. Wayne.  Questions by the Court.

Argument by Mr. Pena.  Questions by the Court.

Court states its findings for the record.

Argument by Mr. Pena in support of the Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance.

**ORDERED:**   Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance [Docket No. 584], is **GRANTED**.

Argument by Ms. Wayne in support of the Defendant's Motion for Variant Sentence and comments addressing sentencing.

Mr. Pena addresses sentencing.

Defendant addresses the Court.

**ORDERED:**  Sentencing hearing continued to Monday, August 24, 2015 at 9:00 a.m.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:08 p.m.     COURT IN RECESS**

**Total in court time:          153 minutes**

**Hearing continued**