# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 24, 2015 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-1**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| | Tonya Andrews |
| | Special Agent Michael Marshall |
| Plaintiff, | |
| vs. | |
| **1. JOHN BOWEN,** | Lisa Wayne |
| Defendant. | |

## CONTINUED SENTENCING

**9:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Page Two
14-CR-00169-PAB-1
August 24, 2015

**ORDERED:**  Defendant's Motion for Variant Sentence [Docket No. 686], is **DENIED**.

Defendant entered his plea on **January 29, 2015** to counts **One, Three and Twenty-Two of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **60 months** as to counts One, Three, and Twenty-Two, to be served concurrent with each other and concurrent with the unimpossed sentence in Douglas County District Court Case No. 14CR278.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a substance abuse program.**

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts One, Three, and Twenty-Two, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer.

Page Three
14-CR-00169-PAB-1
August 24, 2015

- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer. All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents. The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
- (**X**) The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic marijuana.

**ORDERED:** Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility as to John Bowen [Docket No. 504], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts 4, 7-21 and 23-29 [Docket No. 503], the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** The Court authorizes Ms. Wayne to provide a copy of the defendant's presentence report to Douglas County District Court, under seal.

Page Four
14-CR-00169-PAB-1
August 24, 2015

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:30 a.m.**     **COURT IN RECESS**

**Total in court time: 26 minutes**

**Hearing concluded**