IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00169-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN BOWEN,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Counts 4, 7-21 and 23-29 of the Indictment as to John Bowen [Docket No. 503]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 4, 7-21 and 23-29 of the Indictment as to John Bowen [Docket No. 503] is granted. Counts 4, 7-21, and 23-29 of the Indictment are dismissed as to defendant John Bowen.

DATED August 24, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge